In the Matter of the Judicial Settlement of the Account of Emily S. Fanoni and Others, as Trustees, etc., Appellants. Florence Harrison, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of Francis L. Hurlbut, Appellant, for a Peremptory Writ of Mandamus against Maurice E. Connolly, as President of the Borough of Queens, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave, however, to the relator to renew his motion at Special Term upon proof that his salary had actually been fixed by the board of aldermen at $2,100. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Petition for the Discovery of Property Withheld from Frank V. Kelly, Public Administrator of Kings County, as Administrator, etc., Appellant. Catherine Harman, Respondent.— Decree of the Surrogate's Court of Kings county reversed, with costs, and new hearing or trial ordered in said court, upon the ground that the evidence was insufficient to warrant the finding or decision that the alleged gift had been made. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the General Assignment of Palisade Confectionery Company to Julius Moral, Appellant, for the Benefit of Creditors. Frank H. Trautman, Constable, Respondent.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Frank H. James, Respondent, v. John J. McMahon and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

William A. Jamison and Others, Doing Business under the Firm Name and Style of Arbuckle Brothers, Respondents, v. Collins-Plass Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

William Krach, an Infant, etc., Respondent, v. New York Consolidated Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Moses Levy, Respondent, v. Morris & Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.